# IN THE SUPREME COURT OF THE STATE OF NEVADA

ENTRY-MASTER, LLC,
Appellant,
vs.
PARKING AND SECURITY SYSTEMS,
LLC; AND ROBERT KATZ, RECEIVER,
Respondents.

No. 69304

**FILED**

DEC 07 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On December 2, 2016, the parties filed a stipulation to dismiss this appeal with prejudice, which was signed by counsel for all parties. Cause appearing, the stipulation is approved and this appeal is dismissed.[1]

It is so ORDERED.

_____Cherry_____, J.

cc:    Second Judicial District Court, Department 8
       Kauffman and Forman, P.A.
       Oshinski & Forsberg, Ltd.
       Fox Rothschild, LLP
       Pascale Stevens LLC
       Parsons Behle & Latimer/Reno
       Lynch Law Practice
       Washoe District Court Clerk

---

[1] The oral argument scheduled for Wednesday, December 21, 2016, at 10:00 a.m. in Carson City is hereby vacated.

16-37995